

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| FARID FATA, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:24-03778-MGL-MGB |
| | § | |
| UNITED STATES OF AMERICA, FCI | § | |
| WILLIAMSBURG, and UNICOR, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND
## GRANTING DEFENDANT'S MOTION TO DISMISS

Plaintiff Farid Fata, proceeding pro se, filed this suit against Defendant United States of America (the government). He brings a claim under the Inmate Accident Compensation Act and pursuant to the Administrative Procedures Act (APA).

The government filed a motion to dismiss his claims under Rule 12(b)(1), Fed. R. Civ. P., asserting this Court lacks subject matter jurisdiction over the claim because Fata failed to exhaust the administrative review available for his claim.

This matter is before the Court for review of the Report and Recommendation (the Report) of the United States Magistrate Judge suggesting this Court grant the motion and dismiss the case. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge filed the Report on February 17, 2016.  Fata filed what he titled "Plaintiff's Objections to the Report and Recommendation," which the Clerk entered on March 2, 2026.  The government declined to respond.

In the Objections Fata writes: "Plaintiff concedes to the Report and Recommendation (ECF 99), to dismiss this action without prejudice . . . for failure to exhaust his administrative remedies." Objections at 1.  He also "requests leave to refile after he fully exhausts his administrative remedies.  *Id.*

Because Fata has consented to the government's motion and the Report, the motion is **GRANTED**.  The Court adopts the Report and incorporates it herein.  Fata's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 20th day of May, 2026, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

2